Jimmy FRANK, Petitioner-Appellant,

v.

Frank BLACKBURN, Warden, Louisiana
State Penitentiary,
Respondent-Appellee.

No. 78–3452.

United States Court of Appeals,
Fifth Circuit.

Jan. 7, 1980.

J. Donice Alverson, New Orleans, La.
(Court-appointed), for petitioner-appellant.

Morgan J. Goudeau, III, Dist. Atty., Robert Brinkman, Asst. Dist. Atty., Opelousas,
La., for respondent-appellee.

Before COLEMAN, Chief Judge, and
BROWN, GOLDBERG, AINSWORTH,
GODBOLD, CHARLES CLARK, RONEY,
GEE, TJOFLAT, HILL, FAY, RUBIN,
VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON,
RANDALL, TATE, SAMUEL D. JOHNSON and THOMAS A. CLARK, Circuit
Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having
determined to have this case reheard en
banc,

IT IS ORDERED that this cause shall be
reheard en banc by the Court en banc on
briefs without oral argument on a date
hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Mouryce PRICE, Delmas Price and Bobbye Price Fancher, Sole Surviving Heirs
of the Estate of Tom Price, Deceased,
Plaintiffs-Appellants,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 79–2458
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 21, 1980.

Alan L. Murray, Dallas, Tex., for plaintiffs-appellants.

M. Carr Ferguson, Asst. Atty. Gen., Dept.
of Justice, Tax Division, Gilbert E. Andrews, Chief, Appellate Sec., Washington,
D. C., Kenneth J. Mighell, U. S. Atty., Fort
Worth, Tex., Martha Joe Stroud, Asst. U. S.
Atty., Dallas, Tex., Jonathan S. Cohen, R.
Russell Mather, Attys., Tax Division, U. S.
Dept. of Justice, Washington, D. C., for
defendant-appellee.

Before AINSWORTH, FAY and RANDALL, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the district court
opinion reported at 470 F.Supp. 136 (N.D.
Tex.1979).

AFFIRMED.

* Fed.R.App.P. 34(a); 5th Cir.R. 18.